On motion to affirm, decided April 30, 1912.

## SIMON v. TRUMMER.

### (Two Cases.)

[123 Pac. 60.]

APPEAL AND ERROR—TRANSCRIPT—FILING.

Compliance with Section 554, L. O. L. providing that the transcript shall be filed with the clerk of the appellate court within 30 days after the appeal is perfected unless the time is extended, and that the time shall not be extended beyond the term of the appellate court next following the apppeal, is jurisdictional; and, where no transcript was filed before the first day of the second term of the appellate court next following the appeal, the appeal was abandoned.

From Multnomah: WILLIAM N. GATENS, Judge. .

These two appeals, one of G. Simon against L. Trummer and the United States Fidelity & Guaranty Company,

and the other, G. Simon against L. Trummer, Charles Urfer and A. B. Steinbach, were taken on the same day and the motions to affirm are submitted together.

AFFIRMED.

*Messrs. Teal, Minor & Winfree* for the motions.

*Messrs. Emmons & Emmons* and *Mr. William M. Reid,* contra.

Opinion PER CURIAM.                    ----

The appeals in these cases were perfected on August 11, 1911.  Various extensions of time in which to file the transcripts in the appellate court were granted, and on March 15, 1912, the date to which the last extension ran, the transcripts were filed.  Plaintiff, on March 14, 1912, filed in this court a copy of the judgment, undertaking, and notice of appeal, and the proof of service thereon, and under rule 16 of this court (117 Pac. xi) and Section 554, L. O. L., moves the court for an affirmance of the judgments, on the ground that the appeals have been abandoned, as provided in subdivision 2 of such section. The appeals being perfected, the transcripts must be filed within 30 days thereafter.  If the transcript is not filed within that time, the appeal shall be deemed abandoned and the effect terminated.  But the trial court, or the judge thereof, or the Supreme Court, or a Justice thereof, may, by order, enlarge the time for filing the same; but such order shall be made within the time allowed to file the transcript, and shall not extend it beyond the term of the appellate court next following.  The term began October 2d, and terminated at the latest before March 4, 1912, the beginning of the next term.  The effect of the appeal, therefore, was terminated on or before March 4, 1912.  Compliance with the conditions of this statute is jurisdictional, and plaintiff's motions must be allowed.

The judgments of the trial court are affirmed.

AFFIRMED.